UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DESIREE A. MATTISON, | CASE NO.    C06-5281RBL-KLS |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed defendant's motion to dismiss (Dkt. #8), plaintiff's motion to strike (Dkt. #13), the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   the Commissioner erred as described in the report;

(3)   plaintiff's motion to strike is denied;

(4)   defendant's motion to dismiss is denied;

(5)   this matter is remanded to the Commissioner for further administrative proceedings as described in the report; and

(6)   the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

1       and Magistrate Judge Karen L. Strombom.

2    DATED this 1st day of December, 2006.

                                            /s/ Ronald B. Leighton
                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE