UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DESIREE A. MATTISON,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA S. McMAHON,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. C06-5281-RBL<br><br><br>PROPOSED ORDER |

The Court, having reviewed Defendant's motion to dismiss (Dkt. #8), Plaintiff's motion to strike (Dkt. #13), the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation:

(2) the Commissioner erred as described in the report;

(3) plaintiff's motion to strike is denied;

(4) defendant's motion to dismiss is denied;

Page 1        PROPOSED ORDER - [C06-5281-RBL]

(5) this matter is remanded to the Commissioner for further administrative Proceedings as described in the report; and

(6) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel, and Magistrate Judge Karen L. Strombom.

IT IS ORDERED AND ADJUDGED that the matter is REMANDED for additional proceedings pursuant to sentence four of 42 USC § 405(g).

DATED this 24th day of January, 2007.

_Ronald B. Leighton_

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
Richard.Rodriguez@ssa.gov