U.S. DISTRICT JUDGE
RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DESIREE A. MATTISON,

                Plaintiff,

v.

LINDA S. McMAHON,
Acting Commissioner of
Social Security Administration,

                Defendant.

NO. C06-5281RBL

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that the plaintiff shall have a judgement against the defendant for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* and based upon the reasonable amount of time of 20.30 hours by counsel for the plaintiff, a statutorily allowed rate of $160.71 per hour, and $17.80 for service of the summons and complaint in this matter, the following order may be signed and entered by the court.

DATED this 8th day of February 2007.

/s/ Charles W. Talbot
Charles W. Talbot, WSBA #7448
Attorney for Plaintiff

Approved per telephone call February 8, 2007
Richard Michael Rodriguez
Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 1

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

ORDER/JUDGMENT

Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $3,262.41, and expenses of $17.80 pursuant to 28 U.S.C. § 1920, for a total judgment of $3,280.21.

DATED this 9th day of February 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry

Approved per telephone call February 8, 2007
Richard Michael Rodriguez
Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 2

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300